D. J. HANNA v. THE WESTERN SECURITY COMPANY *at al.* No. 12,-810. (70 Pac. 1132.) Error from Graham district court. Opinion filed December 6, 1902. *In banc. Reversed.* Loomis, Blair & Scandrett, for plaintiff in error. R. V. Wilcox, for defendants in error.

A. J. MOWRY v. JOHN HOWARD *et al.* No. 12,811. (70 Pac. 863.) Error from Graham district court. Opinion filed December 6, 1902. *In banc. Affirmed.* H. J. Harwi, and W. M. Roberts, for plaintiff in error. F. S. Turck, for defendants in error.

ZEILDA FORSEE v. JAMES MORAN *et al.* No. 12,815. (70 Pac. 1132.) Error from Doniphan district court. Opinion filed December 6, 1902. *In banc. Affirmed.* James F. Pitt, for plaintiff in error. S. M. Brewster, James Moran, and N. H. Loomis, for defendants in error.

W. J. MATTERN v. J. N. SUDDARTH. No. 12,819. (70 Pac. 874.) Error from Shawnee district court. Opinion filed December 6, 1902. *In banc. Affirmed.* A. F. Williams, for plaintiff in error. J. S. Ensminger, and W. S. McClintock, for defendant in error.

D. J. FAIR *et al.* v. THE VANDERSLICE-LYNDE MERCANTILE COMPANY. No. 12,821. (70 Pac. 1131.) Error from Reno district court. Opinion filed December 6, 1902. *In banc. Affirmed.* Prigg & Williams, for plaintiffs in error. James McKinstry, and Meservey, Pierce & German, for defendant in error.

WILLIAM B. CLOSE v. GEORGE E. WHEATON *et al.* No. 12,824. (70 Pac. 1131.) Error from Trego district court. Opinion filed December 6, 1902. *In banc. Reversed.* Wm. R. Hazen, and F. C. Elliott, for plaintiff in error. Bishop & Mitchell, and L. C. Poehler, for defendants in error.

WILLIAM B. CLOSE v. C. M. TALLEY *et al*. No. 12,825. (70 Pac. 1131.) Error from Trego district court. Opinion filed December 6, 1902. *In banc. Reversed.* Wm. R. Hazen, and F. C. Elliott, for plaintiff in error. Bishop & Mitchell, and L. C. Poehler, for defendants in error.

WILLIAM B. CLOSE v. WILLIAM D. RANKIN *et al.* No. 12,826. (70 Pac. 1131.) Error from Trego district court. Opinion filed December 6, 1902. *In banc. Reversed.* Wm. R. Hazen, and F. C. Elliott, for plaintiff in error. Bishop & Mitchell, and L. C. Poehler, for defendants in error.

WILLIAM B. CLOSE v. F. G. FISHER *et al.* No. 12,827. (70 Pac. 1131.) Error from Trego district court. Opinion filed December 6, 1902. *In banc. Reversed.* Wm. R. Hazen, and F. C. Elliott, for plaintiff in error. Bishop & Mitchell, and L. C. Poehler, for defendants in error.

THE STATE OF KANSAS v. JULIA THISBOUT. No. 13,008. (70 Pac. Pac. 1134. Appeal from Cherokee district court. Opinion filed December 6, 1902. *In banc. Affirmed.* A. A. Godard, attorney-general, and J. N. Dunbar, for The State. Chas. Stephens, and C. B. Skidmore, for appellant.

THE STATE OF KANSAS v. JOHN CHENUTE. No. 13,009. (70 Pac. 870.) Appeal from Cherokee district court. Opinion filed December 6, 1902. *In banc. Affirmed.* A. A. Godard, attorney-general, and J. N. Dunbar, for The State. Chas. Stephens, and C. B. Skidmore, for appellant.